# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

|  |  |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                  Plaintiff,<br><br>vs.<br><br>ALFONSO RUIZ aka JOHNNY RODRIGUEZ,<br><br>                  Defendant. | Case No.: 2:17-cr-00286-APG-DJA<br><br>**ORDER DISMISSING CASE**<br><br>[ECF No. 60] |

     The Government's Motion to Dismiss as to Alfonso Ruiz **(ECF No. 60) is GRANTED**.

The Indictment is dismissed as to Mr. Ruiz only.

     Dated: October 10, 2019.

                        _____

                        ANDREW P. GORDON
                        UNITED STATES DISTRICT JUDGE